H. Tim Hoffman (SBN 49141)
hth@hoffmanandlazear.com
Arthur W. Lazear (SBN 83603)
awl@hoffmanandlazear.com
Chad A. Saunders (SBN 257810)
cas@hoffmanandlazear.com
Eric Barba (SBN 277932)
ebc@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorneys for Plaintiffs
MARCIA TATE-SMALL, CASSANDRA THOMAS,
and ROBIN LEDGER-RYAN

Jennifer B. Zargarof (SBN 204382)
jzargarof@sidley.com
Geoffrey D. DeBoskey (SBN 211557)
gdeboskey@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
SAKS INCORPORATED, SAKS & COMPANY and
SAKS FIFTH AVENUE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA TATE-SMALL, CASSANDRA THOMAS, and ROBIN LEDGER-RYAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAKS INCORPORATED, a Tennessee corporation, SAKS FIFTH AVENUE, INC., a Massachusetts corporation, SAKS & COMPANY, a New York corporation, and SAKS FIFTH AVENUE OFF FIFTH,<br><br>Defendants. | Case No. 4:12-cv-03903-SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**<br><br>[Complaint filed: February 8, 2012] |

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs Marcia Tate-Small, Cassandra Thomas, and Robin Ledger-Ryan ("Plaintiffs") through their counsel, and Defendant Saks Incorporated, Saks & Company, and Saks Fifth Avenue, Inc., ("Saks") through their counsel, (collectively, the "Parties") to the following pursuant to Civil L.Rs. 6-2 and 7-12:

1. On December 6, 2012 the Parties appeared for a Case Management Conference in the above captioned matter before Deputy Clerk Lisa R. Clark. During the conference, the Parties and the Clerk discussed Saks' intent to file a Motion to Stay, and the Clerk set Saks' deadline to file motion papers by January 15, 2013, Plaintiff's deadline to file and serve any opposition papers by January 29, 2013, and Saks' deadline to file any reply papers by February 5, 2013. The Clerk also a hearing date for February 19, 2013 at 1:00 p.m.

2. The Parties have agreed to mediate this before Steve Rottman, Esq. on February 6, 2013 pursuant to the Court's November 27, 2012 Order requiring the Parties to hold their ADR session by February 25, 2013.

3. The Parties have met and conferred, and have agreed that a short continuance of the hearing on Saks' Motion to Stay, and the related briefing schedule, is the best way to proceed so that the Parties may work to resolve this case without expending time and costs on additional motion practice.

4. The Parties have agreed to the following briefing schedule for the Motion: Saks must file and serve motion papers on or before February 26, 2013, Plaintiffs must file and serve any opposition papers to Saks' Motion on or before March 12, 2013, and Saks must file and serve any reply papers on or before March 19, 2013. The Parties further request the Court continue the hearing on Saks' Motion to Stay to April 2, 2013 at 1:00 p.m., or as soon thereafter as is convenient for the Court. This is the first request to modify the briefing schedule and hearing date on Saks' Motion.

///
///
///

5. The Parties reserve the right to seek Court approval for further modification to the briefing or to make other applications to the Court regarding the hearing date and/or briefing schedule in connection with the Motion.

**IT IS SO STIPULATED.**

DATED: JANUARY 7, 2013           HOFFMAN & LAZEAR

By: */s/Chad A. Saunders*
Chad A. Saunders
ATTORNEYS FOR PLAINTIFFS

DATED: JANUARY 7, 2013           Sidley Austin LLP

By: */s/Jennifer B. Zargarof*
Jennifer B. Zargarof
ATTORNEYS FOR DEFENDANTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/8/13

Honorable Saundra Brown Armstrong
Judge of the United States District Court