UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARCIA TATE-SMALL, CASSANDRA THOMAS, and ROBIN LEDGER-RYAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York Corporation; and SAKS FIFTH AVENUE OFF FIFTH,<br><br>Defendants. | Case No:  C 12-03903 SBA<br><br>Related to:<br>No. C 11-00504 SBA<br><br>**ORDER DENYING MOTION TO STAY AS MOOT**<br><br>Docket 46 |

In view of this Court's decision on Plaintiffs' Motion for Class Certification and Defendants' Motion to Deny FLSA Certification in <u>Till v. Saks Inc.</u>, No. C 11-00504 SBA,

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Stay (Dkt.46) is DENIED as moot.

2. The parties shall appear for telephonic Case Management Conference on **November 20, 2013, at 3:00 p.m.** At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the

line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

      3.      This Order terminates Docket 46.

IT IS SO ORDERED.

Dated:  September 30, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge