1  H. Tim Hoffman (SBN 49141)
   hth@ hlsblaw.com
2  Chad A. Saunders (SBN 257810)
   cas@hlsblaw.com
3  Eric Barba (SBN 277932)
   ebc@ hlsblaw.com
4  Hoffman Libenson Saunders & Barba
   300 Lakeside Drive, Suite 1000
5  Oakland, CA  94612
   Telephone:    (510) 763-5700
6  Facsimile:    (510) 835-1311

7  Attorneys for Plaintiffs
   MARCIA TATE-SMALL, CASSANDRA THOMAS,
8  and ROBIN LEDGER-RYAN

9  Jennifer B. Zargarof (SBN 204382)
   jzargarof@sidley.com
10 Geoffrey D. DeBoskey (SBN 211557)
   gdeboskey@sidley.com
11 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
12 Los Angeles, California  90013
   Telephone:  (213) 896-6000
13 Facsimile:  (213) 896-6600

14 Attorneys for Defendants
   SAKS INCORPORATED, SAKS & COMPANY and
15 SAKS FIFTH AVENUE, INC.

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18 MARCIA TATE-SMALL, CASSANDRA          )  Case No.  4:12-cv-03903-SBA
   THOMAS, and ROBIN LEDGER-RYAN,        )
19 individually, and on behalf of all others  )  Assigned to: Hon. Saundra Brown  Armstrong
   similarly situated,                   )
20                                        )  **STIPULATION AND [PROPOSED]**
                          Plaintiffs,     )  **ORDER TO EXTEND TIME FOR**
21                                        )  **PARTIES TO FILE A JOINT MOTION**
            v.                            )  **FOR SETTLEMENT APPROVAL [LOCAL**
22                                        )  **RULE 6-2]**
   SAKS INCORPORATED, a Tennessee        )
23 corporation, SAKS FIFTH AVENUE, INC., a  )  [Complaint filed:  February 8, 2012]
   Massachusetts corporation, SAKS &     )
24 COMPANY, a New York corporation, and  )
   SAKS FIFTH AVENUE OFF FIFTH,          )
25                                        )
                                          )
26                       Defendants.      )
                                          )
27 ─────────────────────────────────────

28
   ────────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT MOTION
                            SETTLEMENT APPROVAL

1    Pursuant to Local Rule 6-2, counsel for Plaintiffs Marcia Tate-Small, Cassandra Thomas, and

2    Robin Ledger-Ryan, opt-in Plaintiffs Melissa Cronin, Antonia Rodriguez and Rebecca Smith

3    (collectively, "Plaintiffs"), and counsel for Defendants Saks Incorporated, Saks & Company, and

4    Saks Fifth Avenue, Inc. (collectively, "Defendants") (together with Plaintiffs ("the Parties"),

5    stipulate as follows:

6    Whereas, on November 19, 2013, the Parties filed a joint notice of settlement;

7    Whereas, on November 20, 2013, the Court filed an Order directing the parties to file a joint

8    motion for settlement approval no later than December 20, 2013 (see Dkt. 95);

9    Whereas, the Parties have met and conferred through counsel and agreed that the deadline for

10   filing their joint motion for settlement approval should be extended until January 6, 2013, due to

11   Plaintiffs' counsel's deadline to file an appellate brief also on December 20, 2013; and

12   Whereas, there have been no other extensions with respect to this motion and the requested

13   extension will not affect any other deadlines in this case.

14   Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

15   1.   The Parties deadline to file a joint motion for settlement approval is extended until

16        January 6, 2014.

17   **IT IS SO STIPULATED.**

18   DATED:  DECEMBER 17, 2013          Hoffman Libenson Saunders & Barba

19

20                                      By:   */s/Chad A. Saunders*
                                              Chad A. Saunders
21                                            ATTORNEYS FOR PLAINTIFFS

22   DATED:  DECEMBER 17, 2013           Sidley Austin LLP

23

24                                      By:   */s/Jennifer B. Zargarof*
                                              Jennifer B. Zargarof
25                                            ATTORNEYS FOR DEFENDANTS

26

27

28
                                          1
     STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT MOTION
                                 SETTLEMENT APPROVAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  12/19/2013

_Saundra B Armstrong_

Honorable Saundra Brown Armstrong
Judge of the United States District Court

JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT
CONFERENCE AND BRIEFING SCHEDULE FOR SETTLEMENT APPROVAL