1  H. Tim Hoffman (SBN 49141)
   hth@hlsblaw.com
2  Chad A. Saunders (SBN 257810)
   cas@hlsblaw.com
3  Eric Barba (SBN 277932)
   ebc@hlsblaw.com
4  Hoffman Libenson Saunders & Barba
   300 Lakeside Drive, Suite 1000
5  Oakland, CA  94612
   Telephone:    (510) 763-5700
6  Facsimile:    (510) 835-1311

7  Attorneys for Plaintiffs
   MARCIA TATE-SMALL, CASSANDRA THOMAS,
8  and ROBIN LEDGER-RYAN

9  Jennifer B. Zargarof (SBN 204382)
   jzargarof@sidley.com
10 Geoffrey D. DeBoskey (SBN 211557)
   gdeboskey@sidley.com
11 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
12 Los Angeles, California  90013
   Telephone: (213) 896-6000
13 Facsimile: (213) 896-6600

14 Attorneys for Defendants
   SAKS INCORPORATED, SAKS & COMPANY and
15 SAKS FIFTH AVENUE, INC.

16                  UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA TATE-SMALL, CASSANDRA THOMAS, and ROBIN LEDGER-RYAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAKS INCORPORATED, a Tennessee corporation, SAKS FIFTH AVENUE, INC., a Massachusetts corporation, SAKS & COMPANY, a New York corporation, and SAKS FIFTH AVENUE OFF FIFTH,<br><br>Defendants. | Case No.  4:12-cv-03903-SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT MOTION FOR SETTLEMENT APPROVAL [LOCAL RULE 6-2]**<br><br>[Complaint filed:  February 8, 2012] |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT MOTION SETTLEMENT APPROVAL

Pursuant to Local Rule 6-2, counsel for Plaintiffs Marcia Tate-Small, Cassandra Thomas, and Robin Ledger-Ryan, opt-in Plaintiffs Melissa Cronin, Antonia Rodriguez and Rebecca Smith (collectively, "Plaintiffs"), and counsel for Defendants Saks Incorporated, Saks & Company, and Saks Fifth Avenue, Inc. (collectively, "Defendants") (together with Plaintiffs ("the Parties"), stipulate as follows:

Whereas, on November 19, 2013, the Parties filed a joint notice of settlement;

Whereas, on November 20, 2013, the Court filed an Order directing the parties to file a joint motion for settlement approval no later than December 20, 2013 (see Dkt. 95);

Whereas, the Parties have met and conferred through counsel and agreed that the deadline for filing their joint motion for settlement approval should be extended until January 6, 2013, due to Plaintiffs' counsel's deadline to file an appellate brief also on December 20, 2013; and

Whereas, there have been no other extensions with respect to this motion and the requested extension will not affect any other deadlines in this case.

Now, therefore, the Parties stipulate and respectfully request that the Court order as follows:

1. The Parties deadline to file a joint motion for settlement approval is extended until January 6, 2014.

**IT IS SO STIPULATED.**

DATED:  DECEMBER 17, 2013           Hoffman Libenson Saunders & Barba

By:  /s/Chad A. Saunders
     Chad A. Saunders
     ATTORNEYS FOR PLAINTIFFS

DATED:  DECEMBER 17, 2013           Sidley Austin LLP

By:  /s/Jennifer B. Zargarof
     Jennifer B. Zargarof
     ATTORNEYS FOR DEFENDANTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 12/19/2013

*Saundra B. Armstrong*

Honorable Saundra Brown Armstrong
Judge of the United States District Court